FILED

2/14/2019

Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

* * * * * * * * *

| | |
|---|---|
| EMILY MILLER, | ) |
| | ) |
| Plaintiff, | ) Cause No: 18 CV 72-SEH |
| | ) |
| -vs- | ) ORDER OF DISMISSAL |
| | ) WITH PREJUDICE |
| ACTION COLLECTION SERVICE INC., | ) |
| | ) |
| Defendant. | ) |

* * * * * * * * *

Pursuant to the stipulation of the parties (Doc. 7) this matter is

DISMISSED WITH PREJUDICE, each party to bear its own costs and

attorney fees.

DATED this 14th day of February 2018.

_Sam E. Haddon_
Sam E. Haddon
United States District Judge